■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE PETTY, Appellant. [722 NYS2d 898] —Appeal by the de-

fendant from a judgment of the County Court, Suffolk County (Corso, J.), rendered November 17, 1998, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court's decision to give a second *Allen* charge (*see, Allen v United States,* 164 US 492) resulted in a coerced verdict is unpreserved for appellate review since defense counsel did not object to the second *Allen* charge (*see,* CPL 470.05 [2]; *People v Marero,* 208 AD2d 769). In any event, both *Allen* charges were balanced and not coercive (*see, People v Pagan,* 45 NY2d 725; *People v Sims,* 226 AD2d 564).

Moreover, the determination as to the length of time jurors will be required to deliberate necessarily rests in the broad discretion of the trial court (*see, Matter of Plummer v Rothwax,* 63 NY2d 243, 250; *People v Caballero,* 242 AD2d 337, 338; *People v Johnson,* 224 AD2d 635). There is no rigid mechanical formula by which such a decision can be evaluated (*see, Matter of Plummer v Rothwax, supra*). Under the facts and circumstances of this case, the trial court providently exercised its discretion (*see, People v Adams,* 123 AD2d 355).

The defendant's remaining contentions are without merit. Santucci, J. P., S. Miller, Friedmann and Schmidt, JJ., concur.